**10   743**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Arthur Kousombos
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

FILED
FEB 22 2010
____ Dep. Clerk

- against -

Detective Francis Green # 8032
Philadelphia District Attorney
Philadelphia Police Department
Philadelphia City Solicitors Office
Office of the Mayor of Philadelphia
_____
_____
_____
_____

**COMPLAINT**

Jury Trial: ☐ Yes  ☒ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            Arthur Kousombos
            Street Address  1841 Nicholas Drive
            County, City    Huntingdon Valley
            State & Zip Code PA. 19006
            Telephone Number 610-656-2003

*Rev. 10/2009*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Detective Francis Green Badge 8032
Street Address: 25th precinct 3901 Whitaker Ave
County, City: Philadelphia
State & Zip Code: PA 19124

Defendant No. 2
Name: Philadelphia District Attorney
Street Address: 1515 Arch St.
County, City: Philadelphia
State & Zip Code: PA 19102

Defendant No. 3
Name: Philadelphia Police Department
Street Address: One Franklin Square
County, City: Philadelphia
State & Zip Code: PA 19106

Defendant No. 4
Name: Philadelphia City Solicitors Office
Street Address: 1515 Arch St. 17th Floor
County, City: Philadelphia PA
State & Zip Code: PA 19102

No 5
Philadelphia Mayors Office
1501 Market St.
Philadelphia
PA 19102

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions  ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Fourth Amendment, Fourteenth Amendment, False Arrest, Malicious Prosecution, Failure to intervene, Lack of Probable cause, Failure to investigate

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 1841 Nicholas Drive Huntingdon Valley PA 19006

B. What date and approximate time did the events giving rise to your claim(s) occur? 2/24/2009 6:00 a.m.

C. Facts: [What happened to you?] I was arrested with no investigation by a warrant obtained by Francis Green, Phila Police Department, DA's office, on 2/24/09. I was completely exonerated in court in September 2009. I lost my job, my health insurance, my health by losing 30 pounds. I was sheltered in my home for nearly one year. 2 Private criminal complaints CP-08112954 filed 10/3/08 CP-0811429548, and five complaints with the 25th precinct existed prior to

[Who did what?] My ex-tenant filed a false police report by giving her husbands name as Carlos Ramos when it was Carlos Ortiz, Carlos Ortiz has no fewer than 10 arrests and is currently in prison. Det. Green in his own arrest report which included the first page of the lease failed to

[Was anyone else involved?] notice that Carlos Ortiz was the husband who had an open warrant at the time. Why did Det. Green and the Phila Police, DA's office not conduct an ivestigation? I made 2 attempts to contact the East Detective Division after patrolmen ivenestigated the allegations, on 1/21/2009 and on 2/10/09 and no one could tell me who the detective was.

[Who else saw what happened?] Bernard Kull and Warren Berry where in my truck at the time that I obtained my ex-tenants address. My four year old daughter and my wife saw my arrest.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Nightmares, deppression, lack of sleep, loss of appetite. Lost 30 pounds. Currently i am seeking treatment wide Dr. Wade Berrettini professor of Psychiatry at the University of Pennsylvania

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. $500,000.00 is the amount that I am seeking I am unable to function with my daily duty's, I lost my job, my health insurance, my dignity and my self-respect. The basis for my claim is the Fourth Amendment right against unreasonable seizure, the detective, the DA, and the police department lacked probable cause, and malicious prosecution because it is clear that the judicial system in municipal court was misused, and this falls under the Fourteenth Amendment. I was unlawfully imprisoned and maliciously prosecuted without anyone establishing probable cause, the police report clearly shows a fictitious name, landlord and tenant evidence, that I have no arrest record. I made attempts to contact the DA's office, Police Chief, Mayors office, the city Solicitor during the week of Feb 10-17, 2010, and no-one cares.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _22_ day of _February_____, 20_10_.

           Signature of Plaintiff _Arthur Kousoulis_
           Mailing Address _184 Nicholas Dr._
           _Huntingdon Valley PA._
           _19006_
           Telephone Number _610-656-2003_
           Fax Number *(if you have one)* _____
           E-mail Address _____

<u>Note</u>: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners:</u>

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

           Signature of Plaintiff: _____
           Inmate Number _____

# COMPLAINT OR INCIDENT REPORT

| Field | Value |
|---|---|
| YEAR | 09 |
| DIST./OCC. | 25 |
| D.C. NO. | 010003 |
| (district) | 25 |
| | 12 |
| REPORT DATE | 1-29-09 |
| CRIME OR INCIDENT CLASSIFICATION | Terroristic Threats |
| CODE | 801 |
| TIME OUT | 458 A |
| TIME IN | 530 P |
| LOCATION OF OCCURRENCE | [redacted] — IN |
| TYPE OF PREM. | 52 |
| DATE OF OCCUR. | 1-29-09 |
| DAY CODE | 4 |
| TIME OF OCCUR. | 3:40 P |
| NATURE OF INJURY | None |
| COMPLAINANT | Adelaida Gonzalez  DOB 8-4-73 |
| AGE | 35 |
| RACE | H |
| SEX | F |
| PHONE (HOME) | [redacted] |
| ADDRESS | Same as Above |
| FOUNDED | ☐ Yes ☐ No |
| REPORT TO FOLLOW | ☒ Yes ☐ No ☐ Close Out |
| UNIT | [illegible] |
| CODE | 6700 |
| INV. CONT. NO. | 1133 |
| WITNESS | ☐ Yes ☐ No |
| TRACEABLE PROP. | ☐ Yes ☐ No |
| UNIQUE DESCRIPTION OF OFFENDER | ☒ Yes ☐ No |
| OTHER EVIDENCE | ☐ Yes ☐ No |

**DESCRIPTION OF INCIDENT** (Include Description of Crime Scene if Applicable)

R/C – Dist. · Terroristic Threats
Police was met by compl. stating that below Male (ex-Landlord) came around there home and threaten her husband Mr. Carlos Ramos, DOB 10-16-69) that he was going to shoot him. Below witness there son saw the gun and def. stated the same thing to witnesses.

| Field | Value |
|---|---|
| WITNESS | 12 H/M Carlos Ortiz |
| ADDRESS | [redacted] |
| PHONE NO | [redacted] |
| OFFENDER INFORMATION | 40s W/M Arthur Kousombos (610) 656-2003  642 Welsh Rd. Huntingdon Valley, 19006 |

E.D.D. Notified. All compl. trans. to East Detective.

(Witness: 13 H/M Christian Ortiz, DOB 11-13-95)

| Field | Value |
|---|---|
| REPORT PREPARED BY | 217262 [sig] |
| NO. | 4950 |
| DIST./UNIT PAGES | 25 |
| TOTAL NO. | 1 |
| PAGE | 1 |

PURSUANT TO ACT 155 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM: GREEN

75-48 (Rev. 6/94)

Philadelphia Police Department Investigation Report
DC Number 2009-25-010008
Report No 2009-25-010008-1
Report Date
Report Type Investigation Report (75-49)

Case 2:10-cv-00743-LDD   Document 1   Filed 02/22/10   Page 7 of 14

I - In Process
Page 1 of 2

**Unit Control#: 2009-5900-001133-0**

| | | | |
|---|---|---|---|
| Classification | 0809 - ASSAULT TERRORIST THREATS | Occurred On | 1/29/2008 12:00:01 AM |
| Previous Classification | 0809 - ASSAULT TERRORIST THREATS | Reported On | 1/29/2009 4:58:33 PM |
| Location of Occurrence | 638 W Indiana Ave | Disposition / Status | 4 - Active |
| Dist/Sect of Occurrence | 25th District Sector J | Clearing Unit | |
| Responding Officer | P/O JOHN RAMIREZ (PR 217262 / #4950) | Investigating Officer | (PR / #) |
| Assisted By | | Dist/Unit Preparing | 5900 - East Detective Division |
| Related Cases | | | |

## Report Approval

Completed  
Approved     (PR / #)  
             (PR / #)

## Report Summary

## Classification Detail: 0809 - ASSAULT TERRORIST THREATS

| | | |
|---|---|---|
| Location: 052 - Public Schools | Using | No. Prem. Entered |
| Offense Completed?: YES | Criminal Activity | Entry Method |
| Hate/Bias: None (No Bias) | Weapons/Force | Type Security |
| Domestic Violence: NO | | Tools |

## Victim / Complainant V1: GONZALEZ, ADELAIDA

| | | |
|---|---|---|
| Address | DOB | Officer Payroll # |
| CSZ | Age / Race / Sex: 34 / White / Female | District / Unit |
| Home Phone | Ethnicity: Hispanic Origin | SSN |
| Cell Phone | Occupation/Grade | OLN |
| Beeper | Employer/School | OLN State / Country |
| Email | Emp/Sch Address | Injury |
| Work Phone | Emp/Sch CSZ | Circumstances |
| Found Date | Found Location | Reason for Absence |
| Reason for Cancellation | Found City | |
| PCIC/NCIC Notification | | |
| Victim Notes | | |

## Interview Section

| | | |
|---|---|---|
| Interview Date | 01/29/09 6:05PM | Interviewed By: Det FRANCIS GREEN (PR 202435 / #8032)  75-483 Completed |
| Interview Location | Edd | Others Present |

Interview Summary

Q. TELL ME WHAT HAPPENED TODAY, 01/29/09 AT APPROX. 3:40P AT ___?
A. THAT'S WHERE I LIVE. MY TWO BOYS WANTED SOME MONEY TO GO TO 5TH ST TO BUY SOMETHING FOR THEIR MP-3 PLAYER. I GAVE IT TO THEM AND I WAS SITTING ON THE 2ND FLOOR OF MY HOUSE AT THE WINDOW, WATCHING FOR THEM. I WAS SITTING THERE, MY WINDOW WAS OPEN AND I SEEN MY OLD LAND-LORD, ARTHUR COUSOMBOS, DRIVING DOWN MY STREET. HE WAS IN HIS BLUE PICK UP TRUCK WITH TINTED WINDOW. I PULLED AWAY FROM THE WINDOW, BECAUSE I DON'T WANT HIM TO SEE ME. I HEARD HIM SAY TO MY BOYS, "I'M GONNA KILL YOUR F.... DAD." I THEN LOOKED OUT THE WINDOW AND SAID, "YO" TO HIM. I SEEN THAT HE HAD A GUN AND HE WAS POINTING IT AT THE TWO BOYS. HE LOOKED AT ME AND SAID, "AND YOU TOO, BITCH." I CALLED HIM A BITCH BECAUSE I WAS MAD. THEN I TOLD MY BOYS TO COME IN THE HOUSE. THEN HE DROVE AWAY. I SAW SOMEBODY ELSE IN THE TRUCK WITH HIM. HE THEN CAME BACK AROUND MY HOUSE. THEN I CALLED THE POLICE.

Q. WHY DO YOU THINK THAT HE THREATENED YOU AND YOUR HUSBAND?
A. BECAUSE ARTHUR KOUSOMBOS USED TO BE MY LANDLORD AT 3242 N RANDOLPH. THE HOUSE NEEDED A LOT OF WORK. HE NEVER FIXED IT. SO, I WENT TO LICENSE AND INSPECTION. THE GAVE HIM A LIST FOR HIM TO FIX. HE WAS MAD AT THAT. WE LEFT THERE LIKE TWO MONTHS AGO. ONE TIME, MY HUSBAND AND HIM HAD LIKE A LITTLE FIGHT. NOT FIST FIGHTING, JUST WORDS. WE LIVED ON RANDOLPH ST THEN. I CALLED THE POLICE AND WHEN THEY COME, ARTHUR RAN INTO THE HOUSE.

Q. HOW DO YOU KNOW ARTHUR KOUSOMBOS HAS A GUN?
A. BECAUSE I SEEN HIM HAVE ONE WHEN MY HUSBAND FOUGHT WITH HIM ON RANDOLPH. HE HAD A BLACK GUN. HE SHOWED ME A GRAY GUN AN OTHER TIME. TODAY, I SEEN A BLACK GUN. HE HAD LIKE A BIG GUN.

Philadelphia Police Department Investigation Report
DC Number 2009-25-010008
Report No 2009-25-010008.1
Report Date
Report Type Investigation Report (75-49)

Case 2:10-cv-00743-LDD   Document 1   Filed 02/22/10   Page 8 of 14

I - In Process
Page 2 of 2

Q. DO YOU KNOW IF THE GUN WAS A REAL GUN?
A. IT'S REAL. ONE TIME ON RANDOLPH HE FIRED IT.

**Property** *[signature: Adelaida Lujály]*

Description

| | Reported Value | Recovered Value |
|---|---|---|
| TOTAL | $0 | $0 |

**Case Facts**

**MO**

**Actions Taken**

DC Number 2009-25-010008
Report No 2009-25-010008
Report Date
Report Type Investigation Report (75-49)

Case 2:10-cv-00743-LDD   Document 1   Filed 02/22/10   Page 9 of 14

L - In Process
Page 2 of 2

Q. DO YOU KNOW IF THE GUN WAS A REAL GUN?
A. IT'S REAL. ONE TIME ON RANDOLPH HE FIRED IT.

## Property

| Description | | Reported Value | Recovered Value |
|---|---|---|---|
| | TOTAL | $0 | $0 |

**Witness W1: ORTIZ, CHRISTIAN**



| Address | DOB | 12:00:00 AM | Officer Payroll # |
| CSZ | Age / Race / Sex | 12 / / | District / Unit |
| Home Phone | Ethnicity | | SSN |
| Cell Phone | Occupation/Grade | | OLN |
| Beeper | Employer/School | | OLN State / Country / United States of America |
| Email | Emp/Sch Address | | |
| Work Phone | Emp/Sch CSZ | | |
| Witness Notes | | | |

**Interview Section**

Interview Date  01/29/09 6:45PM
Interview Location  Edd
Interviewed By  Det FRANCIS GREEN (PR 202435 / #8032)  75-483 Completed
Others Present

Interview Summary

Q. TELL ME WHAT HAPPENED TODAY. 01/29/09 AT ████████ APPROX. 3:40PM.
A. ME AND MY BROTHER JUST LEFT OUR HOUSE. WE WERE GOING TO THE STORE TO BUY AN I-POD. MY MOM SAID, "GOOD-BUY" AND WENT INTO THE HOUSE. I THEN SEEN THE GUY WHO OWNED THE HOUSE WE LIVED ON RANDOLPH STREET COMING DOWN THE STREET IN HIS TRUCK. I SAID TO MY BROTHER, "LOOK, THERE'S THE GUY FROM RANDOLPH ST." THE GUY STOPPED WHEN HE GOT TO MY MOM'S HOUSE. HE GOT OUT OF HIS TRUCK WITH A GUN. HE POINTED IT AT ME. HE SAID TO US, "WHEN I SEE YOUR DAD, I'M GONNA KILL HIM." I WAS LIKE, "IF YOU DO IT, YOUR GONNA GO TO JAIL." THEN MY MOM YELLED OUT THE WINDOW. HE LOOKED UP AND SAID, "YOU FUCKING BITCH." THEN WE WENT INSIDE. MY MOM CALLED MY DAD AND HE WAS MAD. WE SEEN THE GUY DRIVE BY AGAIN AND MY MOM CALLED THE POLICE.

Q. DO YOU KNOW WHO THE GUY IS?
A. HE'S THE GUY WHOSE HOUSE WE LIVED IN ON RANDOLPH ST. HE AND MY DAD WERE ARGUING WHEN WE LIVED THERE. THEY ARGUED BECAUSE THE GUY WOULDN'T FIX UP THE HOUSE. HE HAD A GUN THEN TOO. HE ALWAYS HAS A GUN.

Q. CAN YOU DESCRIBE THE GUN?
A. IT WAS BLACK, LIKE THE COPS GUN.

X  *Christian Ortiz*

**Case Facts**

**MO**

**Actions Taken**

 

## INVESTIGATION INTERVIEW RECORD
## PHILADELPHIA
## POLICE DEPARTMENT
### EAST DETECTIVE DIVISION

| | | | | CASE NO. |
|---|---|---|---|---|
| | | | | INTERVIEWER: Det. Pendleton 9291 |
| NAME: Carlos Ortis | AGE: 12 | RACE: Hispanic | SEX: Male | DOB: |
| ADDRESS: | APT. NO: | | PHONE: | |
| NAME OF EMPLOYMENT/SCHOOL: | | | | SOC. SEC. NO.: |
| ADDRESS OF EMPLOYMENT/SCHOOL: | DEPARTMENT: | | PHONE NO.: | |
| DATES OF PLANNED VACATIONS: | | | | |
| DATES OF PLANNED BUSINESS TRIPS: | | | | |
| NAME OF CLOSE RELATIVE: | | | | |
| ADDRESS: | | | PHONE NO. | |
| PLACE OF INTERVIEW: EDD | | DATE: 1/29/09 | TIME: 6:14PM | |
| BROUGHT IN BY: POLICE | | DATE: | TIME: | |
| WE ARE QUESTIONING YOU CONCERNING: Person With A Gun | | | | |
| WARNINGS GIVEN BY: | | DATE: | TIME: | |
| ANSWERS: (1) | (2) | (3) | (4) | (5) | (6) | (7) |

I'M Det. Pendleton tell me what occurred ███████████ at 3:40PM 01-29-09.

A. I was walking down my block going towards 5th street, our old land lord pulls up in a blue pick up truck. The guy got out of his car and stood by his truck and pulled out black hand gun. He pointed the gun at me and stated, "when I see your fucking dad I'M going to kill him. He got back in his truck and drove off. While he was driving off, my mom looked out of our second floor front window and he said, you to bitch to my mom.

Q. What did the gun look like?
A. Black, looks like a police glock. He took from inside his waistband.

Q. Do you know why he would pull a gun and threaten your dad life?
A. He is our ex-landlord. We were living in one of his house at 3242 Randolph street, he took us to court because we didn't pay him rent because, of the way the house looked. He was mad because we didn't pay rent.

Q. Do you know his name?
A. No

Q. Can you describe him to me?
A. White male, wearing round gold glasses, 5'5" 150lbs, black mustache, mid 40ys, he had on a blue cap, blue work Pants.

Q. Describe his truck?
A. Light Blue wide rear tire covers back windows were tinted (NFD)

Q. Anything else you would like to tell me?

1-29-09

x Carlos Ortiz

**INVESTIGATION INTERVIEW RECORD**
PHILADELPHIA
**POLICE DEPARTMENT**
EAST DETECTIVE DIVISION
PAGE #2

A. No

1-29-09

X Carlos Ortiz

_____ Designated Agent? ☐ Yes ☐ No
NT FOR LANDLORD.    OR (if checked below):
t for Landlord and is a/an: ☐ AGENT FOR TENANT ☐ TRANSACTION LICENSEE

**TENANT'S BUSINESS RELATIONSHIP WITH PA LICENSED BROKER**
N/A
PHONE_____
FAX _____
Designated Agent? ☐ Yes ☐ No
NT FOR TENANT.    OR (if checked below):
t for Tenant and is a/an: ☐ AGENT FOR LANDLORD ☐ SUBAGENT FOR LANDLORD ☐ TRANSACTION LICENSEE

s Agent for Landlord and Agent for Tenant, Broker is a Dual Agent. All of Broker's licensees are also Dual Agents UNLESS nated Agents for Landlord and Tenant. If the same Licensee is designated for Landlord and Tenant, the Licensee is a Dual rform services to assist unrepresented parties in complying with the terms of this Lease.

## PARTIES

dated July 1, 2008 _____ is between
) Arthur Kousoumbos Licensed PA Realtor
_____ called "Landlord," and
Adelaida Gonzalez
Alice Ortiz
_____ called "Tenant," for
cated at 3247 N Randolph St
Phila PA 19140 _____ called "Property."
individually responsible for all obligations of this Lease, including rent, late fees, damages and other costs.

_____

is individually responsible for all obligations of this Lease, including rent, late fees, damages and other costs. Co-
have the right to occupy the Property as a Tenant without the Landlord's prior written permission.
:ONTACT INFORMATION
its:
Arthur Kousoumbos
2 Welsh Rd
Huntingdon Valley PA 19006
215-656-2003
215-675-8908

**Maintenance Requests:**
Contact:_____
Address:_____
_____
Phone #:_____
Fax #:_____

## RENTAL TERM

ND DATES OF LEASE (also called "Term")
e: July 1, 2008 _____, at _____ a.m./p.m.
: June 30, 2009 _____, at _____ a.m./p.m.
:RM (check one)
;e will AUTOMATICALLY RENEW for a term of  month to month  (also called the
Term") at the End Date of this Lease or at the end of any Renewal Term unless:
nt gives Landlord at least  30  days written notice before End Date or before the end of any Renewal Term, OR
lord gives Tenant at least  60  days written notice before End Date or before the end of any Renewal Term.
e will TERMINATE on the End Date unless extended in writing.

LR Page 1 of 5                                Landlord Initials:_____

ia Association of REALTORS®                COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2007
                                                                                              03/07

| | |
|---|---|
| DC Number | 2009-25-010008 |
| Report No | 2009-25-010008 |
| Report Date | |
| Report Type | Investigation Report (75-49) |

Case 2:10-cv-00743-LDD   Document 1   Filed 02/22/10   Page 13 of 14

L - In Process

Page 1 of 2

**Unit Control#: 2009-5900-001133-0**

| | | | |
|---|---|---|---|
| Classification | 0809 - ASSAULT TERRORIST THREATS | | |
| Previous Classification | 0809 - ASSAULT TERRORIST THREATS | Occurred On | 1/29/2008 12:00:01 AM |
| Location of Occurrence | 638 W Indiana Ave | Reported On | 1/29/2009 4:58:33 PM |
| Dist/Sect of Occurrence | 25th District Sector J | Disposition / Status | 4 - Active |
| Responding Officer | P/O JOHN RAMIREZ (PR 217262 / #4950) | Clearing Unit | |
| Assisted By | | Investigating Officer | (PR / #) |
| Related Cases | | Dist/Unit Preparing | 5900 - East Detective Division |

## Report Approval

| | |
|---|---|
| Completed | (PR / #) |
| Approved | (PR / #) |

## Report Summary

---

### Classification Detail: 0809 - ASSAULT TERRORIST THREATS

| | | | | | |
|---|---|---|---|---|---|
| Location | 052 - Public Schools | | | | |
| Offense Completed? | YES | | Using | No. Prem. Entered | |
| Hate/Bias | None (No Bias) | | Criminal Activity | Entry Method | |
| Domestic Violence | NO | | Weapons/Force | Type Security | |
| | | | | Tools | |

## Victim / Complainant V1: GONZALEZ, ADELAIDA

| | | | | | |
|---|---|---|---|---|---|
| Address | | DOB | | Officer Payroll # | |
| CSZ | | Age / Race / Sex | 34 / White / Female | District / Unit | |
| Home Phone | | Ethnicity | Hispanic Origin | SSN | |
| Cell Phone | | Occupation/Grade | | OLN | |
| Beeper | | Employer/School | | OLN State / Country | / |
| Email | | Emp/Sch Address | | Injury | |
| Work Phone | | Emp/Sch CSZ | | Circumstances | |
| Found Date | | Found Location | | Reason for Absence | |
| Reason for Cancellation | | Found City | | | |
| PCIC/NCIC Notification | | | | | |
| Victim Notes | | | | | |

## Interview Section

| | | | | |
|---|---|---|---|---|
| Interview Date | 01/29/09 6:05PM | Interviewed By | Det FRANCIS GREEN (PR 202435 / #8032) | 75-483 Completed |
| Interview Location | Edd | Others Present | | |

Interview Summary

Q. TELL ME WHAT HAPPENED TODAY, 01/29/09 AT APPROX. 3:40P AT ▓▓▓▓▓
A. THAT'S WHERE I LIVE. MY TWO BOYS WANTED SOME MONEY TO GO TO 5TH ST TO BUY SOMETHING FOR THEIR MP-3 PLAYER. I GAVE IT TO THEM AND I WAS SITTING ON THE 2ND FLOOR OF MY HOUSE AT THE WINDOW, WATCHING FOR THEM. I WAS SITTING THERE, MY WINDOW WAS OPEN AND I SEEN MY OLD LAND-LORD, ARTHUR COUSOMBOS, DRIVING DOWN MY STREET. HE WAS IN HIS BLUE PICK UP TRUCK WITH TINTED WINDOW. I PULLED AWAY FROM THE WINDOW, BECAUSE I DON'T WANT HIM TO SEE ME. I HEARD HIM SAY TO MY BOYS, "I'M GONNA KILL YOUR F.... DAD." I THEN LOOKED OUT THE WINDOW AND SAID, "YO" TO HIM. I SEEN THAT HE HAD A GUN AND HE WAS POINTING IT AT THE TWO BOYS. HE LOOKED AT ME AND SAID, "AND YOU TOO, BITCH." I CALLED HIM A BITCH BECAUSE I WAS MAD. THEN I TOLD MY BOYS TO COME IN THE HOUSE. THEN HE DROVE AWAY. I SAW SOMEBODY ELSE IN THE TRUCK WITH HIM. HE THEN CAME BACK AROUND MY HOUSE. THEN I CALLED THE POLICE.

Q. WHY DO YOU THINK THAT HE THREATENED YOU AND YOUR HUSBAND?
A. BECAUSE ARTHUR KOUSOMBOS USED TO BE MY LANDLORD AT 3242 N RANDOLPH. THE HOUSE NEEDED A LOT OF WORK. HE NEVER FIXED IT. SO, I WENT TO LICENSE AND INSPECTION. THE GAVE HIM A LIST FOR HIM TO FIX. HE WAS MAD AT THAT. WE LEFT THERE LIKE TWO MONTHS AGO. ONE TIME, MY HUSBAND AND HIM HAD LIKE A LITTLE FIGHT. NOT FIST FIGHTING, JUST WORDS. WE LIVED ON RANDOLPH ST THEN. I CALLED THE POLICE AND WHEN THEY COME, ARTHUR RAN INTO THE HOUSE.

Q. HOW DO YOU KNOW ARTHUR KOUSOMBOS HAS A GUN?
A. BECAUSE I SEEN HIM HAVE ONE WHEN MY HUSBAND FOUGHT WITH HIM ON RANDOLPH. HE HAD A BLACK GUN. HE SHOWED ME A GRAY GUN AN OTHER TIME. TODAY, I SEEN A BLACK GUN. HE HAD LIKE A BIG GUN.

NetRMS_CR.rtf v2f

Printed For: _____
Printed: January 29, 2009 - 6:53 PM

DC Number 2009-25-010008
Report No 2009-25-010008
Report Date Case 2:10-cv-00743-LDD   Document 1   Filed 02/22/10   Page 14 of 14
Report Type Investigation Report (75-49)

L - In Process

Page 2 of 2

Q. DO YOU KNOW IF THE GUN WAS A REAL GUN?
A. IT'S REAL. ONE TIME ON RANDOLPH HE FIRED IT.

**Property** *[signature: Adelaida Lujály]*

Description

| | Reported Value | Recovered Value |
|---|---|---|
| TOTAL | $0 | $0 |

**Case Facts**

**MO**

**Actions Taken**